AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
    Plaintiffs

V.

Littleton Environmental Services, Inc., and its alter ego Madison Excavating Corp.,
    Defendants

and

Eastern Bank,
    Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 10011 PBS**

TO: (Name and address of defendant)

Littleton Environmental Services, Inc.
41 Robinson Road
Littleton, MA  01460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



(BY) DEPUTY CLERK

DATE  1/4/5

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

Middlesex, ss.

January 11, 2005

I hereby certify and return that on 1/10/2005 at 2:30PM I served a true and attested copy of the SUMMONS AND COMPLAINT WITH EXHIBITS in this action in the following manner: To wit, by delivering in hand to ADAM SAWYER, agent, person in charge at the time of service for LITTLETON ENVIRONMENTAL SERVICES INC., at, 41 ROBINSON Road, LITTLETON, MA 01460. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($16.36) Total Charges $55.96

_Gerard N Whitman_
Deputy Sheriff

discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                Signature of Server

                                                  _____
                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure