AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

    Plaintiffs

V.

Littleton Environmental Services, Inc., and its alter ego Madison Excavating Corp.,

    Defendants

and

Eastern Bank,

    Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 10011 PBS

TO: (Name and address of defendant)

    Madison Excavating Corp.
    250 Hampton Street
    Auburn, MA  01501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_[signature]_
(BY) DEPUTY CLERK

DATE  1/04/05

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                                                    01/11/2005

I hereby certify and return that on 01/10/2005 at 11:20am I served a true and attested copy of the Summons and Complaint, Exhibits A & B in this action in the following manner: To wit, by delivering in hand to MARY ELLEN HALL, agent, person in charge at the time of service for MADISON EXCAVATING CORP. at 250 HAMPTON ST, AUBURN, MA. Fees: Service 30.00, Travel 20.48, Conveyance 3.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $59.48

Deputy Sheriff Paul R Almstrom

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                       Date                                      Signature of Server

                                                                _____
                                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure