UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　Plaintiffs<br><br>vs.<br><br>LITTLETON ENVIRONMENTAL SERVICES, INC., and its alter ego MADISON EXCAVATING CORP.,<br>　　　　　Defendants<br><br>and<br><br>EASTERN BANK,<br>　　　　　Trustee | C.A. No. 05-10011 PBS |

**STIPULATION OF DISMISSAL**

　　　　Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al., and Defendant Madison Excavating Corp. stipulate herein, pursuant to Rule 41(a)(1), Fed.R.Civ.P., that this case is dismissed as to the Defendant Madison Excavating Corp. without attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PAUL J. MCNALLY, as he is TRUSTEE,
　　　　　　　　　　　　　　　　　　　　　　　MASSACHUSETTS  LABORERS'
　　　　　　　　　　　　　　　　　　　　　　　HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


MADISON EXCAVATING CORP.,

By its attorney,

/s/ M. Ellen Carpenter
M. Ellen Carpenter, Esquire
BBO #554142
Roach & Carpenter, P.C.
24 School Street
Boston, MA  02108
(617) 720-1800


Dated:  November 2, 2005


## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Stipulation of Dismissal has been served by first class mail upon Defendant Madison Excavating Corp. by its attorney M. Ellen Carpenter at Roach & Carpenter, P.C., 24 School Street, Boston, MA  02108 and upon Defendant Littleton Environmental Services at its last-known address, 41 Robinson Road, Littleton, MA  01460 this 2nd day of November, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire


GAG/gag&ts
ARS 6306 03-213/stipdism-madison.doc